Andrew T. Hahn, Esq. (AH-6283)
Kevin P. Potere, Esq. (KP-7711)
**DUANE MORRIS LLP**
1540 Broadway
New York, New York 10036
(212) 692-1000

Attorneys for Plaintiff Magnolia Americas, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAGNOLIA AMERICAS, INC.,

                       Plaintiff,

   -against-

PUBLICATIONS INTERNATIONAL, LTD.,

                       Defendant.
-----------------------------------------------------------x

1:13-cv-7458 (AT)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, **MAGNOLIA AMERICAS, INC.**, hereby certifies that Magnolia International, Ltd. owns 10% or more of the stock of plaintiff Magnolia Americas, Inc.

Dated: New York, New York
       October 23, 2013

                                    **DUANE MORRIS LLP**

                                    By: /s/ Andrew T. Hahn, Sr.
                                        Andrew T. Hahn, Sr. (AH-6283)
                                        Kevin P. Potere (KP-7711)
                                   1540 Broadway
                                   New York, NY 10036
                                   Tel.: (212) 692-1000
                                   Fax.: (212) 692-1020

                                   *Attorneys for Plaintiff Magnolia Americas, Inc.*