UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Magnolia Americas, Inc.     Plaintiff,     Case No. 1:13-cv-07458-AT

-against-

Publications International, Ltd.     Defendant.
-----------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Andrew T. Hahn, Sr.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AH6283     My State Bar Number is 2008595

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Seyfarth Shaw LLP
             FIRM ADDRESS: 2 Seaport Lane, Suite 300, Boston, MA 02210
             FIRM TELEPHONE NUMBER: 212-218-5500
             FIRM FAX NUMBER: Fax: 212-218-5526

NEW FIRM:    FIRM NAME: Duane Morris LLP
             FIRM ADDRESS: 1540 BROADWAY, New York, NY 10036
             FIRM TELEPHONE NUMBER: (212) 692-1066
             FIRM FAX NUMBER: (212) 692-1020

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:

ATTORNEY'S SIGNATURE