Andrew T. Hahn, Sr.
Duane Morris LLP
1540 Broadway
New York, New York 10036
Phone: (212) 692-1066
Fax: (212) 692-1020
Email: athahn@duanemorris.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAGNOLIA AMERICAS, INC.,

    Plaintiff,

-v-

PUBLICATIONS INTERNATIONAL, LTD.

    Defendant.

Case No. 13-cv-07458-AT

**NOTICE OF APPEARANCE**

---

**ANDREW T. HAHN, SR.** hereby enters his appearance on behalf of Plaintiff Magnolia Americas, Inc.

Dated: New York, New York
      October 31, 2013

DUANE MORRIS LLP

By: _____
Andrew T. Hahn, Sr.
1540 Broadway
New York, New York 10036
Phone: (212) 692-1066
Fax: (212) 692-1020
Email: athahn@duanemorris.com
*Attorneys for Plaintiff*