AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

**JUDGE TORRES**

| | |
|---|---|
| MAGNOLIA AMERICAS, INC., <br> *Plaintiff* <br> v. <br> PUBLICATIONS INTERNATIONAL, LTD., <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **13 CV 7458** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PUBLICATIONS INTERNATIONAL, LTD.
7373 N. Cicero Avenue
Lincolnwood, Illinois 60712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: **OCT 2 2 2013**

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

## United States District Court For The Southern District Of New York

**Magnolia Americas, Inc.**

    Plaintiff

vs

**Publications International, Ltd.,**

    Defendant

| | |
|---|---|
| Case Number: **13 CV 7458** | **Court Date:** |
| **D/F 22 October 2013** | **Court Time:** |

Legal documents received on October 23rd, 2013 at 2:00 PM to be served upon **Publications International, Ltd., C/O Louis Weber at 7373 N. Cicero Avenue, Lincolnwood, IL, 60712.**

I, **Thomas F. Dolan III**, swear and affirm that on the **October 24th, 2013 at 11:10 AM**, I did the following: Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons, Complaint, Rules of Judge Torres, Rule 7.1 Statement** to **Renee Haring** as **Contracts Manager** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5'6" Weight: 170 Skin Color: White Hair Color: Brown Glasses: Y

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_____
**Thomas F. Dolan III**
Process Server

Internal Job ID: 2013000741

The foregoing instrument was acknowledged before me this ___24___ day of ___OCT___, 2013, by ___THOMAS F. DOLAN III___, who is personally known to me or who has produced _____ as identification.

_____   _____
Notary Printed Name             Notary Signature

_____
Commission Expiration Date

Copyright 2005-2007 Process Server LLC. All rights reserved.

**OFFICIAL SEAL**
**JACKIE L DOLAN**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/7/2016