**SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.**
ATTORNEYS AT LAW
111 WEST 57TH STREET
NEW YORK, NEW YORK 10019

ALLEN H. ARROW*
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
KERRY L. SMITH
JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
─────
JUDITH A. MEYERS+

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471
─────
*ALSO MEMBER CALIFORNIA BAR
+ OF COUNSEL
─────
WRITER'S E-MAIL:

dorothy@musiclaw.com

November 13, 2013

**Via ECF**

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Magnolia Americas, Inc. v. Publications International, Ltd.*,
      13 Civ. 7458 (AT), United States District Court, SDNY

Dear Judge Torres:

  We are counsel for Defendant, Publications International, Ltd. ("PIL"), in the above captioned action. This letter motion is made pursuant to Your Honor's Individual Practices I(D-E), for the purpose of seeking a short extension of time in which to answer to otherwise respond to the Complaint herein.

  Plaintiff served the Complaint on October 24, 2013, and PIL respectfully seeks a short adjournment of time, from November 14, 2013 to and including December 18, 2013, within which to answer or to otherwise respond to the Complaint.

  The Court has presently scheduled an Initial Pretrial Conference for January 7, 2014. We respectfully request that this conference also be adjourned for the same amount of time as the time to respond to the Complaint, and we attach a proposed revised scheduling order to that effect.

SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

Honorable Analisa Torres
November 13, 2013
P a g e | 2

      Plaintiff has consented to this extension, and there have been no prior requests for an adjournment.

                                  Respectfully submitted,

                                  Shukat Arrow Hafer Weber
                                  & Herbsman, LLP

                                  Dorothy M. Weber

cc:    All Counsel of Record

DMW: jp
Attachment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| MAGNOLIA AMERICAS, INC., | 13 CV 7458 (AT)(DCF) |
| Plaintiff, | |
| -against- | **[PROPOSED]**<br>**REVISED INITIAL PRETRIAL**<br>**CONFERENCE ORDER** |
| PUBLICATIONS INTERNATIONAL, LTD., | |
| Defendant. | |

-------------------------------------------------------------------x

ANALISA TORRES, District Judge:

The Initial Pretrial Scheduling Order dated October 30, 2013, Docket No. 3, shall and is shall hereby be revised solely as follows:

1. The parties are directed to appear for an initial pretrial conference, in accordance with Rule 16 of the Federal Rues of Civil Procedure, at 4:30 pm on **February 5, 2014,** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York.

2. The parties are directed to submit a joint letter by **January 31, 2014**.

3. The October 30th Order shall otherwise and in all other respects remain in full force and effect.

**SO ORDERED:**

DATED:     November __, 2013
           New York, New York

                                              _____
                                              ANALISA TORRES
                                              United States District Judge