UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Magnolia Americas, Inc.

                        Plaintiff,

      -against-

Publications International, Ltd.

                        Defendant.
--------------------------------------------------------

Case No.  13-CV-7458 (AT)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                        Dorothy M. Weber
                        FILL IN ATTORNEY NAME

My SDNY Bar Number is: 4374          My State Bar Number is 1813880

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Shukat Arrow Hafer Weber & Herbsman, LLP
                 FIRM ADDRESS: 111 West 57th Street, Suite 1120, NY NY 10019
                 FIRM TELEPHONE NUMBER: (212) 245-4580
                 FIRM FAX NUMBER: (212) 956-6471

NEW FIRM:    FIRM NAME:  Shukat Arrow Hafer Weber & Herbsman, LLP
                 FIRM ADDRESS: 494 8th Avenue, 6th Floor, NY NY 10001
                 FIRM TELEPHONE NUMBER: (212) 245-4580
                 FIRM FAX NUMBER: (212) 956-6471

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 19, 2013

                                               ATTORNEY'S SIGNATURE