NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

ANDREW T. HAHN, SR.
DIRECT DIAL: 212-692-1066
PERSONAL FAX: +1 212 208 2521
E-MAIL: athahn@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

January 8, 2014

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10017

      Re:    *Magnolia Americas, Inc. v. Publications International, Ltd.,*
                <u>Docket No. 13 Civ. 7458 (AT) (S.D.N.Y.)</u>

Dear Judge Torres,

      This firm represents Plaintiff Magnolia Americas, Inc. ("Magnolia") in the above-referenced action.  This letter motion is submitted in accordance with Your Honor's Individual Practice Rules for the purpose of seeking an extension of time to answer or otherwise respond to counterclaims asserted by Defendant Publications International, Ltd. ("PIL").

      Magnolia served its Complaint on or about October 24, 2013, and PIL obtained from this Court, with Magnolia's consent, an adjournment of time, from November 14, 2013 to December 18, 2013, within which to answer the Complaint.

      When PIL served its Answer on or about December 18th, it included counterclaims, the answer to which is due on January 8, 2014.

      The parties have been engaging in settlement discussions over the past several weeks.  Accordingly, Magnolia respectfully requests a short adjournment to February 12, 2014, within which it will answer or otherwise respond to PIL's counterclaims.

      The Court has presently scheduled an Initial Pretrial Conference for February 10, 2014 at 4:15 pm.  That conference does not need to be adjourned.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                          PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

The Honorable Analisa Torres
United States District Judge
January 8, 2014
Page 2

    Defendant PIL has consented to this adjournment, and except as otherwise discussed above, there has been no prior requests for any adjournments.

Very truly yours,

Andrew T. Hahn, Sr.

ATH
cc: Dorothy M. Weber, Esq. (Via ECF and e-mail)