| | **Duane Morris**® | |
|---|---|---|
| NEW YORK | | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | ANDREW T. HAHN, SR. | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: 212-692-1066 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 208 2521 | LAKE TAHOE |
| BOSTON | *E-MAIL:* athahn@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | www.duanemorris.com | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

January 31, 2014

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

> Re:  *Magnolia Americas, Inc. v. Publications International, Ltd.*,
> <u>Docket No. 13 Civ. 7458 (AT) (S.D.N.Y.)</u>

Dear Judge Torres,

      This firm represents Plaintiff Magnolia Americas, Inc. ("Magnolia") in the above-referenced action. On behalf of Magnolia and Defendant Publications International, Ltd. ("PIL"), this joint letter is submitted in accordance with Your Honor's order entered on November 13, 2013, to submit a joint letter by January 31, 2014.

      As indicated in my letter to Your Honor on January 8, 2014, the parties have been engaging in settlement discussions over the past several weeks. The parties have reached a settlement in principle. Specific terms are still being negotiated, but nonetheless specific terms would require certain payments of the settlement amount and certain cooperation to be effectuated by June 1, 2014.

      Accordingly, the parties request this Court to hold this case in abeyance until June 1, 2014, at which time (or shortly thereafter) the parties will file a stipulation of dismissal with prejudice. In view of the foregoing, the parties respectfully request that they be relieved of the requirement to submit a proposed Case Management Plan and Scheduling Order.

      In addition, the parties respectfully request an adjournment without date of the Initial Case Management Conference currently scheduled for February 10, 2014, at 4:15 pm.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                             PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

The Honorable Analisa Torres
United States District Judge
January 31, 2014
Page 2

    Thank you.

                                      Respectfully Submitted,

                                      Andrew T. Hahn, Sr.

ATH
cc: Dorothy M. Weber, Esq. (Via ECF and e-mail)