UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGNOLIA AMERICAS, INC.,

        Plaintiff,

-against-

PUBLICATIONS INTERNATIONAL, LTD.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/14

13 Civ. 7458 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within one hundred and thirty (130) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 3, 2014
       New York, New York

                                  ANALISA TORRES
                                United States District Judge